1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

```
HELEN A. MENDOZA,              )    No. EDCV 05-529 (CW)
                               )
          Plaintiff,           )    JUDGMENT
     v.                        )
                               )
JO ANNE B. BARNHART,           )
Commissioner, Social Security  )
Administration,                )
                               )
          Defendant.           )
_____)
```

**IT IS ADJUDGED** that the decision of the Commissioner is affirmed and this action is dismissed with prejudice.

DATED: August 8, 2006

                                                  _____/s/_____
                                                     CARLA M. WOEHRLE
                                        United States Magistrate Judge